## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBIN R. CROCI                                              JURY TRIAL DEMANDED

v.

CASE NO. 3:16 CV

MANCINI PROVENZANO & FUTTNER, LLC

## **COMPLAINT**

1. Plaintiff brings this action against defendant to obtain relief for defendant's violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

2. This Court has jurisdiction under 15 U.S.C. §1692k(d).

3. Venue in this District is appropriate because plaintiff is a citizen of Connecticut.

4. Plaintiff is a natural person and a consumer who was the object of efforts by defendant to collect a judgment on a credit card account that was used for personal and household purposes.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it has regularly engaged in collecting, directly or indirectly, numerous accounts on behalf of debt collectors or debt buyers, including CUDA & Associates, a debt buyer.

6. On October 26, 2015, "Clara" called and left a telephone message for plaintiff to call regarding a personal matter.

7. "Clara" did not disclose that she was a debt collector calling from an attorney's office.

8. "Clara" was then employed by defendant.

9. On October 27, 2015, "Clara" and Attorney Futtner both discussed a wage execution with plaintiff on the telephone.

10. "Clara" threatened to call plaintiff's boss or the Board of Directors of plaintiff's employer during that conversation.

11. Defendant did not provide the notice required by 15 U.S.C § 1692e(11) in either the message or the conversation.

12. Within five days of defendant's initial communication with plaintiff in October, 2015, defendant did not provide plaintiff with the notice required by §1692g(a).

13. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, attorneys' fees and costs.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against Defendant for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) as well as actual damages;

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(c) That the Court grant such other and further relief as may be just and proper.

Respectfully submitted,

**/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
faulknerlawoffice@snet.net
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395